UNITED STATES COURT OF INTERNATIONAL TRADE                              FORM 8

| | |
|---|---|
| Trinity Manufacturing, Inc., Ashta Chemicals, Inc., and Niklor Chemical Company, Inc.<br><br>                                              Plaintiff,<br><br>       v.<br>United States<br><br><br>                                              Defendant. | Court No.  20-03838 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 03/17/2023

Adam H. Gordon
―――――――――――――――――――
Attorney for Plaintiff

1707 L Street, NW
―――――――――――――――――――
Street Address

Washington, D.C. 20036
―――――――――――――――――――
City, State and Zip Code

(202) 991-2701
―――――――――――――――――――
Telephone No.

Henry N.L. Smith
―――――――――――――――――――
Attorney for Defendant

500 E. Street, SW
―――――――――――――――――――
Street Address

Washington, D.C.
―――――――――――――――――――
City, State and Zip Code

(202) 205-3341
―――――――――――――――――――
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 20-03838 | Trinity Manufacturing, Inc., Ashta Chemicals, Inc., and Niklor Chemical Company, Inc. | N/A | N/A |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:  March 17, 2023

                                                Clerk, U. S. Court of International Trade

                                         By:     /s/ Jason Chien
                                                        Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)